1002

No. 1284. Procario *v.* United States. C. A. 2d Cir. Certiorari denied. *Louis Bender* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John M. Brant* for the United States. 

No. 1286. James H. Matthews & Co. *v.* National Labor Relations Board. C. A. 8th Cir. Certiorari denied. *Billy S. Clark* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. 

No. 1290. Great Western Broadcasting Corp., dba KXTV *v.* National Labor Relations Board. C. A. 9th Cir. Certiorari denied. *Winthrop A. Johns* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. *Duane B. Beeson* for American Federation of Television & Radio Artists, San Francisco Local, et al., in opposition to the petition. *Douglas A. Anello* for National Association of Broadcasters, and *Arthur B. Hanson* and *Calvin H. Cobb, Jr.,* for American Newspaper Publishers Association, as *amici curiae,* in support of the petition. 

No. 1304. Komar *v.* New York. Ct. App. N. Y. Certiorari denied. *Borris M. Komar,* petitioner, *pro se. J. Lee Rankin* and *Seymour B. Quel* for respondent.

No. 1338. Automatic Electric Co. *v.* Technograph Printed Circuits, Ltd., et al. C. A. 7th Cir. Certiorari denied. *Arthur A. Olson, Theodore W. Anderson, Jr.,* and *Victor Myer* for petitioner. *Walter J. Blenko* and *Walter J. Blenko, Jr.,* for respondents.